**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**LATOYA S. MOORE**                                                         **PLAINTIFF**

**v.**                               **Civil No. 06-2166**

**PAUL SMITH, Detective,**
**Fort Smith Police Department;**
**JUDGE JAMES MARSCHEWSKI;**
**STEPHEN TABOR, Prosecuting**
**Attorney; and the FORT SMITH**
**POLICE DEPARTMENT**                                                       **DEFENDANTS**

### O R D E R

Now on this 4th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #7, filed November 27, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Moore's claims are hereby **dismissed and this case closed.**

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**